1

2

3

4

5

6

7

> FILED
> CLERK, U.S. DISTRICT COURT
>
> JAN 1 2 2010
>
> CENTRAL DISTRICT OF CALIFORNIA
> BY                        DEPUTY

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  JIMMIE LEE OATES,              )   CASE NO. ED CV 07-948-VAP (PJW)
                                   )
11            Petitioner,          )
                                   )   ORDER ACCEPTING REPORT AND
12       v.                        )   ADOPTING FINDINGS, CONCLUSIONS,
                                   )   AND RECOMMENDATIONS OF UNITED
13  A. HEDGPETH, WARDEN,           )   STATES MAGISTRATE JUDGE
                                   )
14            Respondent.          )
    _____)

15

16       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

17  the records on file, and the Report and Recommendation of United

18  States Magistrate Judge and has considered *de novo* the portions of the

19  Report as to which objections have been filed.  The Court accepts the

20  Magistrate Judge's Report and adopts it as its own findings and

21  conclusions.

22

23       DATED:    January 12, 2010   .

24

25

26                    _____
                      VIRGINIA A. PHILLIPS
27                    UNITED STATES DISTRICT JUDGE

28  S:\PJW\Cases-State Habeas\OATES, J 948\Order accep r&r.wpd