1

2

3

4

```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                   JAN 1 2 2010

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY                    DEPUTY
```

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10  JIMMIE LEE OATES,                )    CASE NO. ED CV 07-948-VAP (PJW)
                                     )
11              Petitioner,          )
                                     )    J U D G M E N T
12         v.                        )
                                     )
13  A. HEDGPETH, WARDEN,             )
                                     )
14              Respondent.          )
                                     )
15  _____)

16      Pursuant to the Order Adopting Findings, Conclusions, and

17  Recommendations of United States Magistrate Judge,

18      IT IS ADJUDGED that the Petition is denied and this action is

19  dismissed with prejudice.

20      DATED:   January 12, 2010            .

21

22

23

24                              VIRGINIA A. PHILLIPS
                                UNITED STATES DISTRICT JUDGE
25

26

27

28  S:\PJW\Cases-State Habeas\OATES, J 948\Judgment.wpd